**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6234**

---

MALCOLM A. JORDAN,

        Plaintiff - Appellant,

    v.

KATHERINE POMEROY,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-ct-03012-BO-RJ)

---

Submitted:  May 23, 2023                                      Decided:  May 26, 2023

---

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Malcolm A. Jordan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcom A. Jordan appeals the district court's order dismissing his complaint for failure to comply with the magistrate judge's order directing Jordan to correct certain deficiencies in his complaint. Although the magistrate judge warned Jordan that failure to comply could result in the dismissal of his action, Jordan did not remedy the identified deficiencies. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Jordan v. Pomeroy*, No. 5:23-ct-03012-BO-RJ (E.D.N.C. Feb. 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*